UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS JACKSON,

        Plaintiff,                             Hon. Janet T. Neff

v.                                                Case No. 1:14-CV-426

ERICA HUSS, et al.,

        Defendants.

_____/

**REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction. (Dkt. #32). Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Plaintiff's motion be **denied**.

Plaintiff initiated the present action alleging that he has been subject to various forms of retaliation. Plaintiff requests that the Court enter an Order "to restrict [Defendant Wood] from trespassing onto [Plaintiff's] personal property with attempts to do damage." In support of this request, Plaintiff asserts that Defendant Wood has made "persistent and credible threats" to set fire to his personal property and fire-bomb his home. While the Court does not take lightly such allegations, Plaintiff is essentially seeking a Court Order directing Defendant Wood to not violate the law. Such "obey-the-law" injunctions are not proper. *See, e.g., Koetje v. Norton*, 2014 WL 4705410 at *3 n.1 (E.D. Mich., June 17, 2014) (collecting cases); *E.E.O.C. v. AutoZone, Inc.*, 707 F.3d 824, 841-42 (7th Cir. 2013).

**CONCLUSION**

For the reasons articulated herein, the undersigned recommends that Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction, (Dkt. #32), be **denied**. The undersigned further recommends that appeal of this matter would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Date: February 24, 2015

/s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge