UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS JACKSON,

        Plaintiff,                         Case No. 1:14-cv-426

v.                                         HON. JANET T. NEFF

ERICA HUSS, et al.,

        Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Temporary Restraining Order or Preliminary Injunction (Dkt 32).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 24, 2015 recommending that this Court deny Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 49) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction (Dkt 32) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated:  March 23, 2015                        /s/Janet T. Neff
                                             JANET T. NEFF
                                             United States District Judge