UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS JACKSON,

    Plaintiff,

v.

ERICA HUSS, et al.,

    Defendants.
_____/

Case No. 1:14-cv-426

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Unknown Wood[1] and Mike Moran filed a Motion for partial summary judgment (Dkt 69). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 26, 2016, recommending that this Court grant Defendants' motion and terminate this action, and that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 71) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for partial summary judgment (Dkt 69) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

---

[1] Identified by defense counsel as Rebecca Wood.

A Judgment will be entered consistent with this Order.

Dated: June 21, 2016         /s/ Janet T. Neff
                            JANET T. NEFF
                            United States District Judge